**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 1:08cr00343-001** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE: JAMES S. GWIN** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **REGINALD J. LONGINO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter was heard on October 16, 2012, upon the request of the United States Pretrial and Probation Office for a finding that defendant had violated the conditions of his supervised release. The defendant was present and represented by Attorney Edward Bryan. The original violation report was referred to Magistrate Judge Kenneth S. McHargh who issued a Report and Recommendation on September 28, 2012. No objections were filed by either plaintiff or defendant. The Court adopted the Report and Recommendation of the Magistrate Judge and found that the following terms of supervision had been violated:

        1) drug use on or about April 9, 2012;

        2) failure to report as directed;

        3) failure to follow instructions of the probation officer.

The Court, finding all of the violations to be Grade C and defendant's Criminal History to be a Category V, sentences defendant to the Bureau of Prisons for a term of 8 months with credit for time served. Upon release from incarceration defendant's period of supervised release

shall terminate.

      The defendant is remanded to the custody of the U.S. Marshal, Cleveland, Ohio.


Dated: October 16, 2012                          *s/   James S. Gwin*
                                                  JAMES S. GWIN
                                                  UNITED STATES DISTRICT JUDGE